```
 1  HARVEY P. SACKETT (72488)
 2  SACKETT
    AND ASSOCIATES
 3  A PROFESSIONAL LAW CORP.
    1055 Lincoln Avenue                    *E-FILED 7/8/05*
 4  Post Office Box 5025
    San Jose, California 95150-5025
 5  Telephone: (408) 295-7755
    Facsimile: (408) 295-7444
 6
    /lc
 7
    Attorney for Plaintiff
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL S. PENDRY, | ) No. 04-01884 RS |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, July 22, 2005 in which to e-file his Response to Defendant's Opposition to Attorney's Fees Under the Equal Access to Justice Act. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: July 8, 2005                 /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: July 8, 2005                 /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    CAROL S. PENDRY


IT IS SO ORDERED.


Dated: 7/8/05                       /s/ Richard Seeborg
                                    _____
                                    Hon. Richard Seeborg
                                    U.S. Magistrate District Judge
```

2

STIPULATION AND ORDER