HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

*E-FILED 7/22/05*

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL S. PENDRY, | ) No. 04-01884 RS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Friday, August 5, 2005 in which to e-file her Reply to the Defendant's Opposition to the Attorney's Fees under the Equal Access to Justice Act.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: July 19, 2005                    /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: July 18, 2005                    /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        CAROL S. PENDRY
```

IT IS SO ORDERED.

Dated: 7/22/05                           /s/ Richard Seeborg
                                        _____
                                        HON.MAGISTRATE RICHARD SEEBORG
                                        U.S. Magistrate District Judge

STIPULATION AND ORDER                        2